**STATE of Missouri, Respondent,**

v.

**Randy WARREN, Appellant.**

**No. WD 60880.**

Missouri Court of Appeals,
Western District.

Submitted Aug. 7, 2002.

Sept. 10, 2002.

R. Travis Jacobs, Asst. Public Defender, Columbia, MO, for Appellant.

Stephen M. Gunn, Asst. Prosecuting Attorney, Boone County, Columbia, MO, for Respondent.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, JR., and THOMAS H. NEWTON, JJ.

### Order

PER CURIAM.

Randy Warren appeals his conviction for assault in the third degree, pursuant to § 565.070 RSMo 2000, a class A misdemeanor, obtained in the Boone County Circuit Court, for which he was sentenced to one year in the Boone County jail. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 30.25(b).